```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
         FILED
       MAR - 2 2021
CLERK, U.S. DISTRICT COURT
By _____Deputy
```

PROB 22
(Rev. MAR)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER *(Tran. Court)* |
|---|
| 6:16-CR-00039-002 |

| DOCKET NUMBER *(Rec. Court)* |
|---|
| 3:21-cr-00101-B |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Adeel Uz Zaman Khan<br><br>Dallas, Texas | Eastern District of Texas | Tyler Division |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Jeremy D. Kernodle<br>U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM: July 22, 2019 — TO: July 21, 2022 |

**OFFENSE**

Count One: Conspiracy To Distribute and Possess With Intent To Distribute Schedule I Controlled Substances, 21 U.S.C. 846 & 841(b)(1)(C)
Count Two: Conspiracy To Distribute and Possess With Intent To Distribute Controlled Substance Analogues, 21 U.S.C. 846 & 841(b)(1)(C)
Count Seven: Engaging in Monetary Transactions In Property Derived From Specified Unlawful Activity and Aiding and Abetting, 18 U.S.C. 1957 & 2

## PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "Eastern District of Texas, Tyler Division"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Texas upon that Court's order of acceptance of jurisdiction.

February 26, 2021
*Date*

*United States District Judge*

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, Dallas Division

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3-2-21
*Effective Date*

*United States District Judge*